UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,  )
                                                  )  CASE NO. MJ 17-271
    Plaintiff,                        )
                                                  )
    v.                               )
                                                  )  DETENTION ORDER
WEI XIONG LI,                         )
                                                  )
    Defendant.                      )
_____)

<u>Offense charged</u>:	Bringing Alien Without Authorization to United States for Personal Gain – Aiding and Abetting (3 counts); Bringing Alien to United States At Place Other Than Designated Port of Entry, Aiding and Abetting, Private Financial Gain (3 counts)

<u>Date of Detention Hearing</u>:	June 30, 2017.

     The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

///

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is a native of China and a naturalized citizen of Canada. He has family ties to China and his wife is a citizen of China. He appears to have cash on hand in the approximate amount of $50-60,000.

2. Defendant poses a risk of nonappearance based on foreign familial ties, recent international travel, lack of ties to this District, a lack of verifiable employment with financial assets, and the nature of the offense. Defendant poses a risk of danger based on the nature of the offense.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

/ / /

01   4.   The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

02        the defendant, to the United States Marshal, and to the United State Probation Services

03        Officer.

04       DATED this <u>30th</u> day of June, 2017.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3